IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-468-K (BT) |
| | ) | |
| JAMES ARTHUR MEEKS, | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) is denied without prejudice, and the motion for home confinement be denied with prejudice.

SO ORDERED.

Signed June 17th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE